# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-2683

_____

Gabriel Gonzalez

*Plaintiff - Appellant*

v.

Gene Beasley, Warden, Forrest City Low; Carlos Rivera, Warden, Forrest City
Low; Susan Gaither-Miller, Associate Warden's Secretary, Forrest City Low;
Michael Kruger, Assistant Health Services Administrator; Does

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: March 3, 2020
Filed: March 6, 2020
[Unpublished]

_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Gabriel Gonzalez appeals the district court's[1] adverse grant of summary judgment in his pro se civil rights action. Having carefully reviewed the record and the arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated by the district court. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.